**COMMONWEALTH of Pennsylvania, Appellee**

v.

**Vernon Lee ESTEPP, Appellant.**

**No. 68 EAP 2011.**

Supreme Court of Pennsylvania.

Argued Sept. 12, 2012.

Decided Sept. 28, 2012.

### ORDER

PER CURIAM.

The appeal is dismissed as having been **IMPROVIDENTLY GRANTED.**